UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> PAT GLEBE, *et al*, <br><br> Defendant. | Case No. MC10-115-MJP <br><br> ORDER OF DISMISSAL |

The Court has reviewed Plaintiff's proposed complaints, the Report and Recommendation from United States Magistrate Judge Mary Alice Theiler, Plaintiff's objections, and the balance of the record. The Court does not consider Plaintiff's objections persuasive. Because the Court cannot initiate criminal proceedings on his behalf, the Court does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This matter is DISMISSED; and

(4) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Theiler.

\\

\\

- 1

DATED this 12th day of October, 2010.

*[signature]*
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 2